

# Fourth Court of Appeals
## San Antonio, Texas

January 5, 2021

No. 04-20-00426-CV

**IN RE THE ESTATE OF DONACIANO ALDRETE, JR**.

From the 229th Judicial District Court, Jim Hogg County, Texas
Trial Court No. CC-18-70
Honorable Baldemar Garza, Judge Presiding

# O R D E R

We order the reporter's record due January 15, 2021. Appellant's brief will be due thirty days after the reporter's record is filed.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of January, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court